# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEWTON DORSETT,<br>    Plaintiff,<br>v.<br>BRIAN MOGENSEN, et al.,<br>    Defendants. | Case No. 2:21-cv-00985-JAD-NJK<br><br>**ORDER** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). The Court previously ordered Defendant Brian Mogensen to file a certificate of interested parties by July 23, 2021. Docket No. 9. Defendant has failed to do so. Accordingly, Defendant must file a certificate of interested parties by August 5, 2021. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: July 26, 2021

                                                          Nancy J. Koppe<br>
                                                        United States Magistrate Judge