# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEWTON DORSETT,<br>    Plaintiff(s),<br>v.<br>BRIAN MORGENSEN, et al.,<br>    Defendant(s). | Case No. 2:21-cv-00985-JAD-NJK<br>**Order** |

The docket reflects a mailing address for Defendant Brian Morgensen in Nebraska. A recent motion represents that Defendant Morgensen has moved to Washington. Docket No. 20 at 2. Parties must immediately notify the Court when their address has changed. Local Rule IA 3-1. Accordingly, Defendant Morgensen must file a notice of change of address by January 25, 2022.

IT IS SO ORDERED.

Dated: January 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1