# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEWTON DORSETT,<br>      Plaintiff(s),<br>v.<br>BRIAN MORGENSEN, et al.,<br>      Defendant(s). | Case No. 2:21-cv-00985-JAD-NJK<br>**Order**<br>[Docket No. 26] |

Pending before the Court is a stipulation for extension. Docket No. 26. The Court hereby **SETS** a telephonic hearing on that stipulation for 10:00 a.m. on February 17, 2022. The parties and counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1