# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NEWTON DORSETT,

    Plaintiff(s),

v.

BRIAN MOGENSEN, et al.,

    Defendant(s).

Case No. 2:21-cv-00985-CDS-NJK

**Order**

    On February 9, 2023, Plaintiff's motion for summary judgment was denied without prejudice. Docket No. 36. The Court ordered therein that any renewed motion for summary judgment had to be filed by March 9, 2023. *Id.* at 3. No such renewed motion has been filed. Accordingly, the parties must file a joint proposed pretrial order by April 20, 2023. *See* Local Rule 26-1(b)(5).

    IT IS SO ORDERED.

    Dated: March 20, 2023

                                                  Nancy J. Koppe
                                                United States Magistrate Judge