UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Newton Dorsett, | Case No. 2:21-cv-00985-CDS-NJK |
| Plaintiff | |
| v. | **Order Discharging Order to Show Cause** |
| Brian Mogensen, | |
| Defendant | |

After this action sat idle for almost one year, I ordered plaintiff Newton Dorsett to show cause why this action should not be dismissed for failure to prosecute and for failure to comply with court orders and applicable rules. Order, ECF No. 45. Dorsett timely responded. ECF No. 46. In his response, Dorsett avers that there are several reasons for the failure to appropriately prosecute this matter, including counsel's heath and inability to handle the firm's workload, in addition to defendant Brian Morgensen's unresponsiveness. *Id.*

Based on these representations, the court discharges its order to show cause and orders the parties to meet and confer, and to file a joint proposed pretrial order and scheduling plan, **on or before May 17, 2024**. Morgensen is cautioned that failure to respond may result in sanctions for failure to comply with Local Rule 16-3(b).

If Morgensen continues to be unresponsive, Dorsett may instead submit a status report detailing his attempts to contact Morgensen. This report is also due **on or before May 17, 2024**.

Failure to comply with this order by May 17 will constitute grounds for imposing appropriate sanctions, including dismissal of this action without further notice.

Dated: May 1, 2024

_____
Cristina D. Silva
United States District Judge