# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEWTON DORSETT,<br>    Plaintiff,<br>v.<br>BRIAN MOGENSEN, et al.,<br>    Defendants. | Case No. 2:21-cv-00985-CDS-NJK<br><br>**CORRECTED ORDER** |

Defendant Mogensen has failed to update his address. *See* Docket Nos. 43, 48 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Defendant Mogensen is hereby **ORDERED** to file a notice of changed address by July 1, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CASE-DISPOSITIVE SANCTIONS AGAINST DEFENDANT MORGENSEN.**

Further, the Clerk of Court is **INSTRUCTED** to add Defendant's email address to the Docket and to serve him via email as well as via United States mail. Defendant's email address is brianmogensen@yahoo.com.

IT IS SO ORDERED.

Dated: May 29, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1