Brian Mogensen
316 West Dayton
Cedar Rapids, Nebraska 68627
brianmogensen@yahoo.com
740-360-1907
*Defendant pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NEWTON DORSETT,

    Plaintiff,

vs.

BRIAN MOGENSEN, et al.,

    Defendants.

Case No: 2:21-ev-00985-CDS-NJK

**DEFENDANT'S REPLY TO ORDER REQUESTING CURRENT ADDRESS**

### FACTS AT ISSUE

The Defendant's current mailing address is:

Brian Mogensen
316 West Dayton,
Cedar Rapids,
Nebraska 68627

DATED June 3, 2024

Brian Mogensen
*Defendant*

## CERTIFICATE OF SERVICE

1. I caused to be served the following document:
   *Defendant's Reply to Order Requesting Current Address*

2. The above-named document were served by certified U.S. Mail, postage pre-paid, to:

   Jesse A. Ransom, Esq.
   Ransom PLLC
   123 Ultra Drive
   Henderson, NV 89074
   *Attorney for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on June 3, 2024

Name of Declarant
Brian Mogensen

_____
Signature of Declarant