UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Newton Dorsett,

        Plaintiff

  v.

Brian Mogensen, et al.,

        Defendants

Case No. 2:21-cv-00985-CDS-NJK

**Parties Ordered to Submit Proposed Joint Pretrial Order**

      Defendant Brian Mogensen filed a notice of change of address on June 25, 2024. ECF No. 54. Since then, there has been no other action in this matter. It is clear from reviewing Mogensen's reply to plaintiff's response to the show-cause order that he strongly contests the allegations and believes he will be successful on the merits. *See generally* ECF No. 52. However, to resolve this dispute, the parties must follow the rules of the court—including filing a proposed joint pretrial order.

      Local Rule 16-3(b) requires the plaintiff to initiate a discussion with the opposing party to prepare the joint proposed order. Because it is a joint order, **all** parties must participate in preparing it. If a party refuses to participate, that may be grounds for sanctions against that party.

      Therefore, the parties are ordered to meet and confer as required by the local rules and to file a joint proposed order on or before October 25, 2024. If Mogensen continues to refuse to participate in the preparation of the proposed order, then Dorsett must submit an individual proposed order that includes an explanation of the steps counsel took to obtain Mogensen's participation.

The clerk's office is directed to send a copy of this order to defendant via email and via U.S. mail at the address provided in this notice at ECF No. 54.

Dated: September 27, 2024

_____
Cristina D. Silva
United States District Judge